In the Matter of the Claim of JOSEPH J. VENERONI, Respondent, against BAUSCH & LOMB OPTICAL COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — establishment of claim that hernia was caused by strain and arose out of and in course of employment.*

*Veneroni* v. *Bausch & Lomb Optical Co.*, 192 App. Div. 937, affirmed. (Argued October 4, 1920; decided October 19, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant suffered from a hernia which he claimed was caused by his lifting heavy steel shaftings in the course of his employment. The employer reported that claimant was injured while doing his regular work, and that the accident was caused by strain from lifting iron rods. Defendants contended that there was no evidence of the nature of the accident; that there was no evidence that a strain caused the hernia and that there was no evidence that the injury was accidental and arose out of and in the course of employment. The Appellate Division held that " the evidence including the statement of the employer in the report of the injury establishes the claim."

*A. G. Senior* and *John J. McGinty* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.